UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE URIBE,                          )     NO. SACV 09-0496-JSL(CT)
                                     )
                  Petitioner,        )
                                     )     JUDGMENT
             v.                      )
                                     )
LINDA SANDERS, Warden,               )
                                     )
                  Respondent.        )
_____)

       IT IS HEREBY ADJUDGED that the petition is denied and dismissed
without prejudice to petitioner filing a civil rights action pursuant to
Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388
(1971).

DATED: _May 21, 2009_

_____
J. Spencer Letts
SENIOR UNITED JUDGE STATES DISTRICT